# UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

HAROLD M. NYANJOM,

                                                 **JUDGMENT IN A CIVIL CASE**

          Plaintiff,

v.

HAWKER BEECHCRAFT, INC.,         Case Number: 12-1438-JTM

          Defendant.

      IT IS ORDERED AND ADJUDGED in accordance with the Order filed March 29, 2013, that plaintiff's case is dismissed with prejudice.

                                               TIMOTHY M. O'BRIEN, Clerk of Court

<u>March 29, 2013</u>
Date

                                               By  <u>s/ S. Smith</u>
                                                        Deputy Clerk